```
Nancy Curry
Chapter 13 Trustee
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
(213) 689-3014  FAX (213) 689-3055
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| LEWIS, ALVIN | ) CASE NO.2:20-bk-19607-WB |
| | ) |
| | ) **AMENDED** |
| | ) **NOTICE OF §341(a) MEETING** |
| | ) **OF CREDITORS** |
| | ) |
| | ) **Date:12/10/2020** |
| | ) **Time:10:00 AM** |
| | ) **Place: WILL BE CONDUCTED** |
| Debtor | ) **REMOTELY** |
| | ) |

In light of the current situations related to COVID-19 and in order to adhere to the social distancing guidelines, all §341(a) meetings of creditors commencing April 13, 2020 will be conducted remotely until further notice.

PLEASE TAKE NOTICE that the scheduled §341(a) meeting of creditors in the above-referenced matter will be conducted remotely at the same date and time as set forth above using the online video system Zoom in lieu of in-person at the location provided in the original Notice. Please refer to the instructions on the next page on how to access the meeting via Zoom.

Date: November 17, 2020                                   /s/ Nancy Curry

AMENDED NTC OF 341(A) MEETING

**INSTRUCTIONS ON HOW TO ACCESS ZOOM**

If you have a headset with a microphone, such as the headphones you speak on your mobile phone with, please read the instructions below for "Accessing Zoom Online (with a Microphone)." If you *do not* have a headset with a microphone, please read "Accessing Zoom Online (without a Microphone)" below.

If you do not have a computer with Internet access, please read "Accessing Zoom via Telephone."

**Accessing Zoom Online (with a Microphone):**

1. Click on the following link:
**https://zoom.us/j/96707518005?pwd=cjJ0YitDdGVWelRBSDlwKzBlakFGQT09**
2. Install Zoom when prompted. If you are not prompted to install Zoom, click "Download and Install" as shown on the screen. Install the application.
3. After Zoom is installed, enter your name as listed on your driver's license/state-issued ID. Click "Join Meeting.
4. If prompted, enter the following password: **627729**
5. Click "Join with Computer Audio." You are now in the meeting.

**Accessing Zoom Online (without a Microphone):**

1. Click on the following link:
**https://zoom.us/j/96707518005?pwd=cjJ0YitDdGVWelRBSDlwKzBlakFGQT09**
2. Install Zoom when prompted. If you are not prompted to install Zoom, click "Download and Install" as shown on the screen. Install the application.
3. After Zoom is installed, enter your name as listed on your driver's license/state-issued ID. Click "Join Meeting."
4. If prompted, enter the following password: **627729**
5. Click "Phone Call" in the box that appears. Click "Done."
6. On your phone, dial **(888) 788-0099**.
7. When prompted, enter the Meeting ID: **967 0751 8005**. Hit "# (pound)" twice when prompted. You are now in the meeting.

**Accessing Zoom via Telephone:**

1. Call toll-free **(888) 788-0099**.
2. When prompted, enter the following Meeting ID: **967 0751 8005**.
3. Hit "# (pound)" when prompted. Hit "# (pound)" again. You do not need to enter a Participant ID.

# PROOF OF SERVICE DOCUMENT

In Re:    **LEWIS, ALVIN**

**Case No. LA 2:20-bk-19607-WB**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

> NANCY CURRY, CHAPTER 13 TRUSTEE
> 1000 WILSHIRE BLVD., SUITE 870
> LOS ANGELES, CA 90017

The foregoing document described as **AMENDED NOTICE OF 341(a) MEETING OF CREDITORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On November 17, 2020
I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On November 17, 2020, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Debtor | Attorney for Debtor |
|---|---|
| LEWIS, ALVIN | BRADLEY J. YOURIST |
| 4058 CREED AVE | 10866 WILSHIRE BLVD., SUITE 225 |
| LOS ANGELES, CA 90043 | LOS ANGELES, CA 90024- |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R. Civ.P.5 and/or controlling LBR, on November 17, 2020, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 17, 2020 | Elizet Cash-Shelton | /s/ Elizet Cash-Shelton |
|---|---|---|
| Date | Type Name | Signature |

```
Label Matrix for local noticing          Los Angeles Division                  Bank of America
0973-2                                    255 East Temple Street,               4909 Savarese Circle
Case 2:20-bk-19607-WB                     Los Angeles, CA 90012-3332            Fl1-908-01-50
Central District of California                                                  Tampa, FL 33634-2413
Los Angeles
Fri Nov 13 14:38:32 PST 2020

Bank of America                           Bank of America                       Bank of America, N.A.
Attn: Bankruptcy                          Attn: Bankruptcy                      PO BOX 31785
4909 Savarese Circle                      Nc4-105-03-14 Pob 26012               Tampa, FL 33631-3785
Tampa, FL 33634-2413                      Greensboro, NC 27420


Commerical Default Services               Creative Investment Group Inc.        Enhanced Recovery Company
4665 Macarthur Court Ste 200              2400 W Magnolia Blvd                  Attn: Bankruptcy
Newport Beach, CA 92660-1811              Burbank, CA 91506-1738                8014 Bayberry Road
                                                                                Jacksonville, FL 32256-7412


Fay Servicing                             (p)FOCUS RECEIVABLES MANAGEMENT LLC   United States Trustee (LA)
Po Box 619063                             1130 NORTHCHASE PARKWAY STE 150       915 Wilshire Blvd, Suite 1850
Dallas, TX 75261-9063                     MARIETTA GA 30067-6429                Los Angeles, CA 90017-3560


Alvin Lewis                               Bradley Jerrod Yourist                Nancy K Curry (TR)
4058 Creed Ave                            Yourist Law Corporation               1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90008-3704                10866 Wilshire Blvd., Suite 225       Los Angeles, CA 90017-2466
                                          Los Angeles, CA 90024-4359
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Focus Receivables Management, LLC
1130 Northchase Parkway
Suite 150
Marietta, GA 30067
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Courtesy NEF                           End of Label Matrix
                                          Mailable recipients    14
                                          Bypassed recipients     1
                                          Total                  15
```